DES-OUT, JDrecused, PBrecused, RI-OUT, SMrecused

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00117-MML

Riley v. USA et al
Assigned to: Chief Judge Mary M. Lisi
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/11/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Daniel Riley** represented by **Daniel Riley**
Strafford County Department of Corrections
266 County Farm Rd
Dover, NH 03310
PRO SE

V.

**Defendant**

**USA**

**Defendant**

**Thomas P. Colantuono**
*U.S. Attorney, District of New Hampshire*

**Defendant**

**Robert Kinsella**
*Assistant U.S. Attorney, District of New Hampshire*

**Defendant**

**Arnold Huftalen**
*Assistant U.S. Attorney, District of New Hampshire*

**Defendant**

**Stephen Monier**
*U.S. Marshal, District of New Hampshire*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 | 1 | COMPLAINT against USA, Thomas P. Colantuono, Robert Kinsella, Arnold Huftalen, Stephen Monier with Jury Demand filed by Daniel Riley. (Attachments: # 1 Cover letters)(jeb) (Entered: 03/31/2008) |
| 03/27/2008 | 2 | MOTION to Proceed in forma pauperis with Custodial Certificate filed by Daniel Riley. (jeb) (Entered: 03/31/2008) |
| 03/31/2008 | 3 | **ORDER - Filing Fee Omitted. Either the filing fee or a motion to proceed IFP must be submitted within 60 days. If IFP status sought the court needs: financial declaration. Signed by Deputy Clerk Janice E. Boucher. Notice of Compliance Deadline set for 5/29/2008. (jeb)** (Entered: 03/31/2008) |
| 04/11/2008 | 4 | FINANCIAL AFFIDAVIT re: 2 Motion to Proceed in Forma Pauperis by Daniel Riley (jeb) (Entered: 04/11/2008) |
| 04/11/2008 | | IFP motion complete - case converted to a civil case. New case number is 1:08-cv-117-PB. (jeb) (Entered: 04/11/2008) |
| 04/16/2008 | 5 | **ORDER OF RECUSAL. Signed by Judge Paul J. Barbadoro. (mxm)** (Entered: 04/17/2008) |
| 04/18/2008 | 6 | **ORDER OF RECUSAL. Signed by Judge Joseph A. DiClerico, Jr. (jeb)** (Entered: 04/18/2008) |
| 04/30/2008 | 7 | **ORDER OF RECUSAL. Signed by Chief Judge Steven J. McAuliffe. (jeb)** (Entered: 04/30/2008) |
| 04/30/2008 | 8 | **ORDER. All of the district judges are recused, case referred to District of Rhode Island. Concurring Order sent. Miscellaneous Deadline set for 5/23/2008. Signed by Chief Judge Steven J. McAuliffe. (jeb)** (Entered: 04/30/2008) |
| 05/07/2008 | 9 | **CONCURRING ORDER: Chief Judge Mary M. Lisi is designated and assigned to preside over this case. Magistrate Judge Lincoln Almond is assigned to perform such duties as may be assigned him by district judge to whom case is assigned. Signed by Chief Judge Mary M. Lisi, Sitting by Designation. (jeb)** (Entered: 05/08/2008) |
| 05/08/2008 | 10 | **PROCEDURAL ORDER: Due to recusal of NH judges, case referred to the District of Rhode Island. Original filings shall continue to be filed electronically with the Clerk in New Hampshire in accordance with the district Administrative Procedures for Electronic Case Filing. Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format. No courtesy filings need to be filed in the District of Rhode Island. Signed by Deputy Clerk, Janice E. Boucher. (jeb)** (Entered: 05/08/2008) |
| 05/08/2008 | 11 | Letter to USDC-NH Chief Deputy Daniel Lynch from Daniel Riley re: Status of 1:08-cv-117-MML and 08-mj-19-WES and Response from USDC-NH Chief Deputy Daniel Lynch dated 5/9/08. (jeb) (Entered: 05/09/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/12/2008 10:13:29 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00117-MML |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |